UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RICHARD ARNOLD CAMACARO-
RIVERO #A243-125-184

CIVIL ACTION NO. 26-2219 SEC P

VERSUS

JUDGE EDWARDS

WARDEN CENTRAL LOUISIANA
ICE PROCESSING CENTER ET AL

MAG. JUDGE WHITEHURST

## ORDER

Before the Court is an Emergency Motion for Temporary Restraining Order and Order to Show Cause (ECF No. 2) filed by the habeas Petitioner in this case, Richard Arnold Camacaro-Rivero ("Petitioner"). After careful consideration of the Motion and the applicable law, it is **DENIED**.

The basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition immediately. *See Garcia-Aleman v. Thompson*, No. 25-886, ECF No. 20 (S.D. Tex. Oct. 30, 2025)). The Court will not allow Petitioner to skip to the front of the Court's habeas docket. Because the preliminary relief sought—enjoining Respondents from removing and/or transferring Petitioner— mirrors the ultimate relief sought in the habeas Petition, and because the arguments

for both are the same, the Motion is **DENIED**. Petitioner's habeas Petition and Order to Show Cause are hereby referred to the Magistrate for the issuance of an briefing schedule and further disposition.

 **THUS DONE AND SIGNED** in Chambers this 26th day of June, 2026.


 _____
 JERRY EDWARDS, JR.
 UNITED STATES DISTRICT JUDGE