**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**RICHARD ARNOLD CAMACARO-RIVERO #A243-125-184** — **CASE NO. 1:26-CV-02219 SEC P**

**VERSUS** — **JUDGE EDWARDS**

**WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** — **MAG. JUDGE WHITEHURST**

**ORDER AND REASONS**

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge recommending the Petition for Writ of Habeas Corpus (Doc. 1) be denied. (Doc. 14). After a *de novo* review of the record, the Court adopts the R&R with additional reasons set forth herein.

The record reflects that Petitioner was given temporary parole into the United States under 8 U.S.C. § 1182(d)(5). (Doc. 1-3). His temporary parole ended on November 22, 2022. *Id.* Petitioner does not allege that his parole was extended. Based upon this record, the Court concurs with the Magistrate Judge's analysis that Petitioner is not constitutionally entitled to a bond hearing. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 6th day of October, 2026.

Jerry Edwards, Jr.
United States District Judge